IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Jarvis Jett, | ) | Case No.: 4:12-614-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER RELIEVING** |
| | ) | **PLAINTIFF'S COUNSEL** |
| Liberty Life Assurance Company of Boston, | ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the motion of the Plaintiff to relieve his counsel, Robert E. Hoskins, Esq., of all further obligations and duties as counsel of record in the matter *sub judice*. The Plaintiff has represented to the court that he has chosen to no longer use Mr. Hoskins as his attorney in the matter *sub judice*. Plaintiff's desire is indicated by his signature attached to the motion to relieve Mr. Hoskins. Mr. Hoskins consents and Defendant does not oppose the motion. Mr. Hoskins is currently counsel of record and because Plaintiff requests the relief, his counsel consents to the relief requested, and Defendant does not oppose the motion, the court hereby grants the motion and relief. Mr. Hoskins is hereby relieved of further representation, obligations and duties to Plaintiff in the matter *sub judice*. From this point forward and until the court receives notice of substitution of counsel, all notices, documents and pleadings filed or served in this case shall be served directly upon the Plaintiff, Jarvis Jett, at 2723 Triple Crown Drive, Florence, South Carolina 29505.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the Plaintiff's request to relieve his counsel, Robert E. Hoskins, of further representation, obligations and duties in the matter *sub judice* is granted. Robert E. Hoskins, Esq. shall no longer be considered

counsel of record for the Plaintiff.  Until the court is notified of substitution counsel, all further notices, pleadings and filings shall be sent to or served upon, as the case may be, the Plaintiff directly at Jarvis Jett, at 2723 Triple Crown Drive, Florence, South Carolina 29505.

**AND, IT IS SO ORDERED.**

        s/ R. Bryan Harwell
        R. Bryan Harwell
        United States District Judge

Florence, South Carolina
August 29, 2012